UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CEDRIC DALE WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　Respondent. | No. CV 16-06830-PA (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Petition (Dkt. 7), Respondent's Answer to the Petition (Dkt. 12), Petitioner's Traverse (Dkt. 20), the records on file, the Report and Recommendation of the United States Magistrate Judge (Dkt. 22), and Objections thereto filed by Petitioner (Dkt. 25). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Petitioner's requests for an evidentiary hearing and for appointment of counsel are DENIED; and

(2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: September 25, 2018

_____
PERCY ANDERSON
United States District Judge