JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CEDRIC DALE WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　Respondent. | No. CV 16-06830-PA (JDE)<br><br>ORDER DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: September 25, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　United States District Judge